

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 1:24-cr-151 |
| v. | ) |
| | ) COUNTS 1&3: 18 U.S.C. §113(a)(6) |
| AUSTIN BLAIR JOHNSON, | )   (Assault Resulting in Serious |
| | )   Bodily Injury) |
| Defendant. | ) |
| | ) COUNTS 2&4: 18 U.S.C. §13, |
| | )   assimilating Va. Code 18.2-371.1 |
| | )   (Abuse and Neglect of Children) |

JULY 2024 TERM - AT ALEXANDRIA

<u>INDICTMENT</u>

<u>COUNT ONE</u>

THE GRAND JURY CHARGES THAT:

On or about June 25, 2012, in the Eastern District of Virginia, within the boundaries of Fort Belvoir, and within the special maritime and territorial jurisdiction of the United States, the defendant, AUSTIN BLAIR JOHNSON, did assault Jane Doe, resulting in serious bodily injury to her.

(In violation of Title 18, United States Code, Section 113(a)(6).)

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 25, 2012, in the Eastern District of Virginia, within the boundaries of Fort Belvoir, and within the special maritime and territorial jurisdiction of the United States, the defendant, AUSTIN BLAIR JOHNSON, a parent and person responsible for the care of Jane Doe, a child of less than one month of age, did unlawfully and by willful act and omission cause serious injury to the life and health of Jane Doe.

   (In violation of Title 18, United States Code, Section 13, assimilating Title 18.2, Virginia Code, Section 371.1(A).)

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 6, 2012, in the Eastern District of Virginia, within the boundaries of Fort Belvoir, and within the special maritime and territorial jurisdiction of the United States, the defendant, AUSTIN BLAIR JOHNSON, did assault Jane Doe, resulting in serious bodily injury to her.

(In violation of Title 18, United States Code, Section 113(a)(6).)

COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 6, 2012, in the Eastern District of Virginia, within the boundaries of Fort Belvoir, and within the special maritime and territorial jurisdiction of the United States, the defendant, AUSTIN BLAIR JOHNSON, a parent and person responsible for the care of Jane Doe, a child of less than one month of age, did unlawfully and by willful act and omission cause serious injury to the life and health of Jane Doe.

(In violation of Title 18, United States Code, Section 13, assimilating Title 18.2, Virginia Code, Section 371.1(A).)

A TRUE BILL:

Pursuant to the E-Government Act, the original _____ been filed under seal in the Clerk's Office.

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Patricia Haynes
Assistant United States Attorney

4