FILED
IN OPEN COURT

MAY 30 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

AUSTIN BLAIR JOHNSON,

Defendant.

Case No. 1:24-cr-151-CMH

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

In or around the spring of 2013, the exact date being unknown, on Fort Belvoir, a U.S. Army installation in the Eastern District of Virginia that lies within the special maritime and territorial jurisdiction of the United States, the defendant, AUSTIN BLAIR JOHNSON, did knowingly engage and attempt to engage in a sexual act, as that term is defined in Title 18, United States Code, Section, 2246(2), with another person without that other person's consent.

(In violation of Title 18, United States Code, Section 2242(3).)

Erik S. Siebert
United States Attorney

By: _____
Alexander E. Blanchard
Assistant United States Attorney